**Order filed September 27, 2011.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-04-01035-CV

_____

**JAMES B. MADDUX AND GMS ENERGY SERVICES, L.P. AND STAR TAX SOLUTIONS, L.L.C., Appellants**

**V.**

**TRINITY PETROLEUM CONSULTANTS, LTD. AND TPC INVESTMENTS, INC., Appellees**

---

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 01-35125**

---

## O R D E R

On June 25, 2009, this court abated this appeal because appellant, GMS Energy Services, L.P., petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 05-33342.   *See* Tex. R. App. P. 8.2.

Through the Public Access to Court Electronic Records (PACER) system, the court has learned that the bankruptcy case was closed on May 18, 2011. The parties failed to advise this court of the bankruptcy court action.

Unless within 20 days of the date of this order, any party to the appeal files a motion demonstrating good cause to retain this appeal, this appeal will be reinstated and dismissed for want of prosecution.


PER CURIAM